BRIAN J. SMITH, ESQ.
State Bar Number 11279
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for WADE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:20-cr-00143-RFB-BNW |
| v. ) | |
| ) | |
| JOSE WADE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, JOSE WADE requests a substitution of counsel in the above styled cause, wherein BRIAN J. SMITH, ESQ. is substituted counsel and DEAN Y. KAJIOKA, ESQ., is no longer counsel of record for the defendant.

DATED this 4th day of August, 2020.

Dean Y. Kajioka, Esq.
State Bar Number 5030
8530 W. Charleston Blvd.,
Las Vegas, NV 89117
(702) 776-7676

Brian J. Smith, Esq.
State Bar Number 11279
520 S. 4th St., Ste 340
Las Vegas, Nevada 89101
(702) 380-8248

_____
DEAN Y. KAJIOKA, Esq.

_____
BRIAN J. SMITH, Esq.

**IT IS SO ORDERED**

**DATED: August 11, 2020**

_____
JOSE WADE, Defendant

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**